AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>JOHN HOWARD</td><td>)<br>)<br>)<br>)<br>)</td><td rowspan="2"></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)<br>)</td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.  1:26-cv-25390-RAR</td></tr>
<tr><td>AMERICAN AIRLINES, INC.</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    AMERICAN AIRLINES, INC.
**Via Registered Agent**
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301 2525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Derek Smith Law Group, PLLC
c/o Erik Paul Seidel, Esq.
520 Brickell Key Dr., Suite O 301
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Aug 11, 2026

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court